**STATE of Missouri, Respondent,**

v.

**Matthew S. BALL, Appellant.**

**WD 78097**

Missouri Court of Appeals,
Western District.

ORDER FILED: February 23, 2016

Chris Koster, Attorney General, Robert J. (Jeff) Bartholomew, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

William J. Swift, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division Two: Cynthia L. Martin, Presiding Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

## Order

Per Curiam:

Matthew Ball appeals, following a jury trial, his conviction of the class C felony of stealing, for which he was sentenced by the court to three years' imprisonment. Ball raises a single claim on appeal; he argues that the trial court committed plain error in failing, *sua sponte*, to exclude testimony from the investigating officer as to why a suspect was eliminated from his investigation. Finding no error, we affirm. Rule 30.25(b).